**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**LARRY CARTER**                                                                                          **PLAINTIFF**

V.                               **CASE NO.: 3:08CV00169 BD**

**MICHAEL J. ASTRUE,
Commissioner, Social Security Administration**                                  **DEFENDANT**

## ORDER

For good cause shown, Plaintiff's motion for extension of time to file a brief (docket entry #9) is GRANTED.  The time is extended to, and including, March 26, 2009.

Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 24th day of February, 2009.

_____
UNITED STATES MAGISTRATE JUDGE