# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**LARRY CARTER**                                                                    **PLAINTIFF**


**V.**                          **CASE NO.: 3:08CV00169 BD**


**MICHAEL J. ASTRUE,**
**Commissioner, Social Security Administration**                      **DEFENDANT**


## <u>ORDER</u>

For good cause shown, Plaintiff's second motion for extension of time to file a

brief (docket entry #11) is GRANTED.  The time is extended to, and including, April 30,

2009.  Defendant's brief shall be due 42 days from the date Plaintiff's brief is served.

IT IS SO ORDERED this 31st day of March, 2009.


_____
UNITED STATES MAGISTRATE JUDGE