IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LARRY CARTER**                                                                                       **PLAINTIFF**

**v.**                              **3:08CV00169 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**
                                                                                                                  **DEFENDANT**

## JUDGMENT

In accordance with the Memorandum Opinion and Order entered in this case, Judgment is hereby rendered in favor of Michael J. Astrue, Commissioner, Social Security Administration, and against Plaintiff Larry Carter.

IT IS SO ORDERED this 29th day of December, 2009.

_____
UNITED STATES MAGISTRATE JUDGE